UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NISHA KUMARI,<br><br>           Petitioner,<br><br>           v.<br><br>TODD LYONS, et al,<br><br>           Respondents. | Case No. 5:26-cv-00814-MWC (DTB)<br><br>**STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |

In accordance with the stipulation between the parties, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Docket No. 1) is granted with judgment to be entered consistent with the reasons and findings set forth in the Court's Order Granting Request for Preliminary Injunction (Docket No. 12) on March 16, 2026.

Dated: May 4, 2026

_____
MICHELLE WILLIAMS COURT
United States District Judge

1