JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

NISHA KUMARI,

        Petitioner,

        v.

TODD LYONS, et al,

        Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-00814-MWC (DTB)

**JUDGMENT**

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment,

**IT IS ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the Court's Order Granting Request for Preliminary Injunction (Docket No. 12) on March 16, 2026.

Dated: May 4, 2026

_____
MICHELLE WILLIAMS COURT
United States District Judge

1